Official Form 1 (04/10)

| United States **Bankruptcy Court**<br>*CENTRAL* DISTRICT OF *CALIFORNIA* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Baiseri, Jr. Alejandro** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) **5081** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**4577 Hastings Court**<br>**Chino CA**<br>ZIPCODE **91710** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: **San Bernardino** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**SAME**<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address)<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above) **NOT APPLICABLE**<br>ZIPCODE | |

| **Type of Debtor** (Form of organization)<br>(Check one box.)<br><br>☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | **Nature of Business**<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>☒ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box)<br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"  ☐ Debts are primarily business debts. |
|---|---|---|

**Chapter 11 Debtors:**

**Check one box:**
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| **Filing Fee** (Check one box)<br><br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | |
|---|---|

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**FILED**

AUG 16 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                          Deputy Clerk

Official Form 1 (04/10)                                                                    FORM B1, Page    2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Alejandro Baiseri, Jr.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>**NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X</b> _____    <b><i>08/11/2011</i></b><br>    Signature of Attorney for Debtor(s)         Date</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                                 FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Alejandro Baiseri, Jr.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

08/11/2011
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

---

**Signature of Attorney***

X _____
   Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Chino_____, California.

Dated _8/11/11_____

Debtor _Alejandro Baiseri, Jr._

Joint Debtor _____

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                 **F 1015-2.1**

B 201 - Notice of Available Chapters (Rev. 12/08)                                                    USBC, Central District of California

Name:    In Pro Per _____

Address: _____

_____

Telephone: _____   Fax: _____

☐ Attorney for Debtor
☐ Debtor in Pro Per

---

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

List all names including trade names, used by    Case No.:
Debtor(s) within last 8 years:

Alejandro Baiseri, Jr.

# NOTICE OF AVAILABLE CHAPTERS

(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code)

---

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2.   **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.
2.   Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.   Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.   Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.
3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.   **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition Address: preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____

X_____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Alejandro Baiseri, Jr.
_____
Printed Name(s) of Debtor(s)

Signature of Debtor          Date

Case No. (if known) _____

X_____
Signature of Joint Debtor (if any)   Date

• B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re **Alejandro Baiseri, Jr.**

Case No.
Chapter   7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $    400,000.00 | | |
| B-Personal Property | Yes | 3 | $    1,000.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $    0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $    0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | $    2,300,388.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $    983.47 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $    1,035.00 |
| TOTAL | | 35 | $    401,000.00 | $    2,300,388.00 | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re *Alejandro Baiseri, Jr.*

Case No.
Chapter   7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 983.47 |
| Average Expenses (from Schedule J, Line 18) | $ 1,035.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 2,300,388.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 2,300,388.00 |

FORM B6A (Official Form 6A) (12/07)

In re _Alejandro Baiseri, Jr._____,      Case No._____
                    Debtor(s)                                                                  (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Single Family Residence_ | | | $ 400,000.00 | $ 500,000.00 |
| | | | | |
| No continuation sheets attached | | **TOTAL $** (Report also on Summary of Schedules.) | 400,000.00 | |

› B6B (Official Form 6B) (12/07)

In re _Alejandro Baiseri, Jr._ _____ ,    Case No. _____
Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash* Location: In debtor's possession | | $ 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking* Location: In debtor's possession | | $ 500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Household Goods and Furnishings* Location: In debtor's possession | | $ 250.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | *Clothing* Location: In debtor's possession | | $ 200.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |

·B6B (Official Form 6B) (12/07)

In re *Alejandro Baiseri, Jr.*_____,    Case No. _____
              Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |

B6B (Official Form 6B) (12/07)

In re **_Alejandro Baiseri, Jr._**_____,   Case No. _____
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

Total ➡   $ 1,000.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re **_Alejandro Baiseri, Jr._**_____,   Case No. _____
                Debtor(s)                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _Cash_ | _Calif. C.C.P. §704.080(b)(1)_<br>_CA.C.C.P. §704.170_ | _$ 50.00_<br>_$ 0.00_ | _$ 50.00_ |
| _Checking_ | _Calif. C.C.P. §704.080(b)(1)_ | _$ 500.00_ | _$ 500.00_ |
| _Household Goods and Furnishings_ | _Calif. C.C.P. §704.020(a)_ | _$ 250.00_ | _$ 250.00_ |
| _Clothing_ | _Calif. C.C.P. §704.020(a)_ | _$ 200.00_ | _$ 200.00_ |

Page No. ___1___ of ___1___

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re <u>Alejandro Baiseri, Jr.</u>                                    ,          Case No. _____
          **Debtor(s)**                                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| Account No: | | | | | | | | |
| | | | Value: | | | | | |
| Account No: | | | | | | | | |
| | | | Value: | | | | | |
| Account No: | | | | | | | | |
| | | | Value: | | | | | |
| No continuation sheets attached | | | | Subtotal $ *(Total of this page)* | | | $ 0.00 | $ 0.00 |
| | | | | Total $ *(Use only on last page)* | | | $ 0.00 | $ 0.00 |
| | | | | | | | *(Report also on Summary of Schedules.)* | *(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)* |

' B6E (Official Form 6E) (04/10)

In re <u>Alejandro Baiseri, Jr.</u>                                      ,        Case No._____
                        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re **Alejandro Baiseri, Jr.** _____,    Case No. _____
                    **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.    R. Bankr.  P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  **nown**  Creditor # : 1  3M Corporation  2807 Paysphere Circle  Chicago IL 60674 | | *2008* | | | | $ 7,992.00 |
| Account No:  **nown**  Creditor # : 2  ADM Corportation  P.O. Box 1470  Decatur IL 62525 | | *2008* | | | | $ 14,170.00 |
| Account No:  **nown**  Creditor # : 3  Allied Sales & Distribution  2021 E. 52nd Street  Los Angeles CA 90058 | | *2008* | | | | $ 908.00 |
| Account No:  **nown**  Creditor # : 4  American Label Couriers, Inc  8504 Summershade Drive  Odenton MD 21113 | | *2008* | | | | $ 510.00 |

_23_ continuation sheets attached

| | Subtotal $ | $ 23,580.00 |
|---|---|---|
| | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Alejandro Baiseri, Jr._____,                    Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *nown* <br> *Creditor # : 5* <br> *American Paper n Plastics, Inc* <br> *10511 East Valley Blvd* <br> *El Monte CA 91731* | | | *2008* | | | | $ 72.00 |
| Account No:  *nown* <br> *Creditor # : 6* <br> *Amoy International, LLC* <br> *14145 Proctor Avenue* <br> *La Puente CA 91746* | | | *2008* | | | | $ 8,050.00 |
| Account No:  *nown* <br> *Creditor # : 7* <br> *Anytime Srvcs & Professionals* <br> *5753 G Santa Ana Canyon Road* <br> *#248* <br> *Laguna Niguel CA 92607* | | | *2008* | | | | $ 495.00 |
| Account No:  *nown* <br> *Creditor # : 8* <br> *Aramark Uniform Services* <br> *P.O. Box 1799* <br> *Paramount CA 90723* | | | *2008* | | | | $ 10,208.00 |
| Account No:  *nown* <br> *Creditor # : 9* <br> *Associated Packaging* <br> *12453 E. Florence Avenue* <br> *Santa Fe Springs CA 90670* | | | *2008* | | | | $ 102,208.00 |
| Account No:  *nown* <br> *Creditor # : 10* <br> *BDS Natural Products* <br> *2779 El Presidio Street* <br> *Long Beach CA 90810* | | | *2007* | | | | $ 3,456.00 |

Sheet No. _1_ of _23_ continuation sheets attached to Schedule of                    **Subtotal $**        $ 124,489.00
Creditors Holding Unsecured Nonpriority Claims

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Alejandro Baiseri, Jr._ _____,    Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **nown** <br> Creditor # : 11 <br> Bearings and Drives, Inc <br> 9506 Rush Street <br> South El Monte CA 91733 | | | 2005 | | | | $ 16,787.00 |
| Account No: **8760** <br> Creditor # : 12 <br> Beno Investment Group <br> 2511 S Peppertree Street <br> Visalia CA 93277 | | | 2008 | | | | $ 150,000.00 |
| Account No: **nown** <br> Creditor # : 13 <br> C & F Foods, Inc <br> 15620 E. Valley Blvd <br> La Puente CA 91744 | | | 2007 | | | | $ 8,020.00 |
| Account No: **nown** <br> Creditor # : 14 <br> C.H. Robinson Worldwide, Inc <br> P.O. Box 9121 <br> Minneapolis MN 55440 | | | 2007 | | | | $ 10,535.00 |
| Account No: **nown** <br> Creditor # : 15 <br> Capitol Distribution, Inc <br> 13930 Mica Street <br> Santa Fe Springs CA 90670 | | | 2005 | | | | $ 5,101.00 |
| Account No: **5061** <br> Creditor # : 16 <br> Capitol One Bank <br> P.O. Box 60599 <br> City of Industry CA 91716 | | | 2008 | | | | $ 1,884.00 |

Sheet No. _2_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 192,327.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Alejandro Baiseri, Jr._ _____,    Case No. _____
                    **Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    nown<br>Creditor # : 17<br>Carson Marketing, Inc<br>1740 E. Garry Avenue<br>#231<br>Santa Ana CA 92705 | | | 2007 | | | | $ 105.00 |
| Account No:    nown<br>Creditor # : 18<br>CDM Foods<br>1746 Marguerite Avenue<br>Corona del Mar CA 92625 | | | 2007 | | | | $ 20,088.00 |
| Account No:    nown<br>Creditor # : 19<br>Central Valley Beans<br>P.O. Box 162<br>401 Broadway<br>Buxton ND 58218 | | | 2007 | | | | $ 52,418.00 |
| Account No:    nown<br>Creditor # : 20<br>Certified Fire Extinguisher<br>8710 Norwalk Blvd<br>Whittier CA 90606 | | | 2007 | | | | $ 559.00 |
| Account No:    nown<br>Creditor # : 21<br>Certified Laboratories<br>23261 Network Place<br>Chicago IL 60673 | | | 2007 | | | | $ 4,073.00 |
| Account No:    nown<br>Creditor # : 22<br>Chemical Consultants<br>13089 Peyton Drive<br>Suite C<br>Chino Hills CA 91709 | | | 2007 | | | | $ 15,730.00 |

Sheet No. _3_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 92,973.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Alejandro Baiseri, Jr._ _____ ,                Case No. _____
                        **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    **nown** <br> **Creditor # : 23** <br> **CIT TECHNOLOGY, INC.** <br> **23896 Network Place** <br> **Chicago IL 60673** | | | 2007 | | | | $ 13,662.00 |
| Account No:    **nown** <br> **Creditor # : 24** <br> **City of Monterey Park** <br> **320 West Newmark Avenue** <br> **Monterey Park CA 91754** | | | 2007 | | | | $ 548.00 |
| Account No:    **nown** <br> **Creditor # : 25** <br> **County of Los Angeles** <br> **5050 Commerce Drive** <br> **Baldwin Park CA 91706** | | | 2007 | | | | $ 2,456.00 |
| Account No:    **nown** <br> **Creditor # : 26** <br> **Dawn Food Products, Inc** <br> **3505 E. Francis Street** <br> **Ontario CA 91761** | | | 2007 | | | | $ 948.00 |
| Account No:    **nown** <br> **Creditor # : 27** <br> **Dell Financial Services** <br> **P.O. Box 81577** <br> **Austin TX 78708** | | | 2007 | | | | $ 3,032.00 |
| Account No:    **nown** <br> **Creditor # : 28** <br> **Dept of Industrial Relations** <br> **Cashier Accounting Office (PV)** <br> **San Francisco CA 94141** | | | 2006 | | | | $ 6,225.00 |

Sheet No. __4__ of __23__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 26,871.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Alejandro Baiseri, Jr._ _____,                    Case No. _____
                    **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **nown**<br>Creditor # : 29<br>DJMB<br>3475 E. Barhite Services<br>Pasadena CA 91107 | | | 2006 | | | | $ 3,275.00 |
| Account No: **nown**<br>Creditor # : 30<br>E Labels<br>1125 S Maple Avenue<br>Unit D<br>Montebello CA 90640 | | | 2006 | | | | $ 1,196.00 |
| Account No: **nown**<br>Creditor # : 31<br>East West Printing Group<br>15429 E. Proctor Avenue<br>Hacienda Heights CA 91745 | | | 2007 | | | | $ 11,754.00 |
| Account No: **nown**<br>Creditor # : 32<br>Ecolab<br>P.O. Box 6007<br>Grand Forks ND 58206 | | | 2007 | | | | $ 1,430.00 |
| Account No: **nown**<br>Creditor # : 33<br>El Dorado Mexican Food<br>2928 North Main Street<br>Los Angeles CA 90031 | | | 2006 | | | | $ 4,025.00 |
| Account No: **nown**<br>Creditor # : 34<br>Ernest Packaging<br>5777 Smithway Street<br>Los Angeles CA 90040 | | | 2006 | | | | $ 525.00 |

Sheet No. _5_ of _23_ continuation sheets attached to Schedule of       Subtotal $       $ 22,205.00
Creditors Holding Unsecured Nonpriority Claims                          Total $
                                                                        (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Alejandro Baiseri, Jr._____,    Case No. _____
                        **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  **nown** <br> _Creditor # : 35_ <br> _Field Fresh Foods_ <br> _14085 S San Pedro Street_ <br> _Gardena CA 90248_ | | 2006 | | | | $ 585.00 |
| Account No:  **nown** <br> _Creditor # : 36_ <br> _First Choice_ <br> _7373 E. Flores Street_ <br> _Downey CA 90242_ | | 2006 | | | | $ 383.00 |
| Account No:  **nown** <br> _Creditor # : 37_ <br> _FMT Consultants_ <br> _5451 Avenida Encinas_ <br> _Suite A_ <br> _Carlsbad CA 92008_ | | 2007 | | | | $ 2,050.00 |
| Account No:  **1846** <br> _Creditor # : 38_ <br> _Ford Credit_ <br> _P.O. Box 7171_ <br> _Pasadena CA 91109_ | | 2007 | | | | $ 7,000.00 |
| Account No:  **nown** <br> _Creditor # : 39_ <br> _Frank Calma_ <br> _4818 Surrey Drive_ <br> _Corona del Mar CA 92625_ | | 2007 | | | | $ 5,287.00 |
| Account No:  **nown** <br> _Creditor # : 40_ <br> _Gempler's_ <br> _P.O. Box 44993_ <br> _Madison WI 53744_ | | 2006 | | | | $ 122.00 |

Sheet No. _6_ of _23_ continuation sheets attached to Schedule of                     **Subtotal $**            $ 15,427.00
Creditors Holding Unsecured Nonpriority Claims                                                 **Total $**
                          (Use only on last page of the completed Schedule F. Report also on Summary of
                          Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Alejandro Baiseri, Jr._ _____ ,                    Case No. _____
                    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *nown* | | | 2007 | | | | $ 4,103.00 |
| Creditor # : 41<br>George Chiala Farms, Inc<br>657 Tarragon Drive<br>San Rafael CA 94903 | | | | | | | |
| Account No:  *nown* | | | 2006 | | | | $ 843.00 |
| Creditor # : 42<br>GHL Packaging<br>9357 Richmond Place<br>#103<br>Rancho Cucamonga CA 91730 | | | | | | | |
| Account No:  *nown* | | | 2006 | | | | $ 650.00 |
| Creditor # : 43<br>Global Reliance, Inc<br>3705 Quaker Bridge Road<br>#215<br>Trenton NJ 08619 | | | | | | | |
| Account No:  2300 | | | 2005 | | | | $ 1,400.00 |
| Creditor # : 44<br>Graybar<br>10201 Centurion Parkway North<br>Jacksonville FL 32256 | | | | | | | |
| Account No:  *nown* | | | 2006 | | | | $ 9,470.00 |
| Creditor # : 45<br>Greenberg Cheese Company<br>245 Berkshire Avenue<br>La Canada Flintr CA 91011 | | | | | | | |
| Account No:  *nown* | | | 2007 | | | | $ 16,768.00 |
| Creditor # : 46<br>Hain Celestial Group<br>P.O. Box 32028<br>Hartford CT 06150 | | | | | | | |

Sheet No. __7__ of __23__ continuation sheets attached to Schedule of                    Subtotal $                    $ 33,234.00
Creditors Holding Unsecured Nonpriority Claims                                            Total $
                                                                                         (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                                         Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Alejandro Baiseri, Jr.**_____,    Case No. _____
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   nown<br>Creditor # : 47<br>Heitz Trucking, Inc<br>P.O. Box 6607<br>Oakland CA 94603 | | | 2007 | | | | $ 1,780.00 |
| Account No:   nown<br>Creditor # : 48<br>Honeyville Grain<br>11600 Dayton Drive<br>Rancho Cucamonga CA 91730 | | | 2006 | | | | $ 13,650.00 |
| Account No:   nown<br>Creditor # : 49<br>Huts CO<br>30530 Cannes Place<br>Castaic CA 91384 | | | 2007 | | | | $ 7,653.00 |
| Account No:   nown<br>Creditor # : 50<br>Hydrologix Grease Reduction<br>68-1845 Waikoloa Road<br>Suite 106<br>Waikoloa HI 96738 | | | 2007 | | | | $ 930.00 |
| Account No:   nown<br>Creditor # : 51<br>ID Technology<br>P.O. Box 73419<br>Cleveland OH 44193 | | | 2007 | | | | $ 1,175.00 |
| Account No:   nown<br>Creditor # : 52<br>Industrial Shoe Co.<br>1421 E. First Street<br>Santa Ana CA 92701 | | | 2007 | | | | $ 115.00 |

Sheet No. _8_ of _23_ continuation sheets attached to Schedule of                              **Subtotal $** | $ 25,303.00
Creditors Holding Unsecured Nonpriority Claims                                                        **Total $** |
                        (Use only on last page of the completed Schedule F. Report also on Summary of
                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Alejandro Baiseri, Jr.**                                    ,    Case No. _____
                    **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **nown** Creditor # : 53 Inner Cool P.O. Box 39088 Downey CA 90239 | | | 2007 | | | | $ 4,091.00 |
| Account No: **nown** Creditor # : 54 Interstate Poultry, Inc 3050A East 11th Los Angeles CA 90023 | | | 2006 | | | | $ 29,410.00 |
| Account No: **nown** Creditor # : 55 Interstate Pumping 15474 Ficus Street Chino Hills CA 91709 | | | 2007 | | | | $ 350.00 |
| Account No: **7351** Creditor # : 56 JC Penney P.O. Box 960090 Orlando FL 32896 | | | 2008 | | | | $ 1,238.00 |
| Account No: **nown** Creditor # : 57 Joel Sales & Marketing 3535 E. Coast Hwy #321 Corona del Mar CA 92625 | | | 2006 | | | | $ 19,573.00 |
| Account No: **0721** Creditor # : 58 Jomax Recovery Services 20325 N. 51st Avenue Suite 134 Glendale AZ 85308 | | | 2007 | | | | $ 53,000.00 |

Sheet No. _9_ of _23_ continuation sheets attached to Schedule of    Subtotal $    $ 107,662.00
Creditors Holding Unsecured Nonpriority Claims    Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Alejandro Baiseri, Jr._____ ,    Case No._____

**Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  _nown_<br>Creditor # : 59<br>Julia's Produce<br>8056 Salt Lake Avenue<br>Bell CA 90201 | | | 2006 | | | | $ 17,103.00 |
| Account No:  _nown_<br>Creditor # : 60<br>K & L Gates, LLP<br>1601 K. Street, NW<br>Washington DC 20006 | | | 2007 | | | | $ 504.00 |
| Account No:  _nown_<br>Creditor # : 61<br>La Carton<br>5100 South Santa Fe Avenue<br>Los Angeles CA 90058 | | | 2006 | | | | $ 3,087.00 |
| Account No:  _nown_<br>Creditor # : 62<br>La Colonial Tortillas<br>543 Monterey Pass Road<br>Monterey Park CA 91754 | | | 2006 | | | | $ 12,795.00 |
| Account No:  _nown_<br>Creditor # : 63<br>LA Freight & Logistics<br>28562 Oso Parkway<br>Suite D-424<br>Rancho Santa Mar CA 92688 | | | 2007 | | | | $ 1,441.00 |
| Account No:  _nown_<br>Creditor # : 64<br>La Reina, Inc.<br>316 North Ford Blvd.<br>Los Angeles CA 90022 | | | 2007 | | | | $ 21,756.00 |

Sheet No. _10_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 56,686.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Alejandro Baiseri, Jr.**  ,                                    Case No._____
                **Debtor(s)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:     **nown**<br>**Creditor # : 65**<br>**Lab Safety Supply**<br>**P.O. Box 1368**<br>**Janesville WI 53547** | | | 2006 | | | | $ 322.00 |
| Account No:     **nown**<br>**Creditor # : 66**<br>**Lawrence Wholesale**<br>**4353 Exchange Avenue**<br>**Los Angeles CA 90058** | | | 2006 | | | | $ 27,426.00 |
| Account No:     **nown**<br>**Creditor # : 67**<br>**Litho Werks**<br>**655 N. Central Avenue**<br>**Glendale CA 91203** | | | 2007 | | | | $ 87,737.00 |
| Account No:     **nown**<br>**Creditor # : 68**<br>**Lock Inspection Systems, Inc**<br>**P.O. Box 3464**<br>**Boston MA 02241** | | | 2006 | | | | $ 343.00 |
| Account No:     **nown**<br>**Creditor # : 69**<br>**Loma Systems**<br>**283 E. Lies Road**<br>**Carol Stream IL 60188** | | | 2006 | | | | $ 1,536.00 |
| Account No:     **nown**<br>**Creditor # : 70**<br>**Los Angeles Tax Collector**<br>**P.O. Box 54027**<br>**Los Angeles CA 90054** | | | 2005 | | | | $ 15,040.00 |

Sheet No. __11__ of __23__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 132,404.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Alejandro Baiseri, Jr._ _____ ,                    Case No. _____
                    **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _nown_ <br> Creditor # : 71 <br> LTL Express, Inc <br> 19069 Van Buren Blvd <br> Riverside CA 92508 | | | 2006 | | | | $ 4,135.00 |
| Account No: 7351 <br> Creditor # : 72 <br> Manhattan Leasing Enterprises <br> 20 E. Sunrise Highway <br> Orlando FL 32896 | | | 2008 | | | | $ 20,000.00 |
| Account No: _nown_ <br> Creditor # : 73 <br> Martin R. Robles, Esq <br> 204 South Hidalgo Avenue <br> Alhambra CA 91801 | | | 2007 | | | | $ 50,000.00 |
| Account No: _nown_ <br> Creditor # : 74 <br> Master Recycling, Inc <br> 1980 Reservoir Street <br> Pomona CA 91766 | | | 2007 | | | | $ 634.00 |
| Account No: _nown_ <br> Creditor # : 75 <br> Matinez Transportation <br> 2640 E. 124th Street <br> Compton CA 90222 | | | 2007 | | | | $ 2,762.00 |
| Account No: _nown_ <br> Creditor # : 76 <br> McKenna Boiler Works <br> 1510 N. Spring Street <br> Los Angeles CA 90012 | | | 2007 | | | | $ 16,435.00 |

Sheet No. _12_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 93,966.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Alejandro Baiseri, Jr._ _____,    Case No. _____

**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **nown** Creditor # : 77 *MCMaster-Carr Supply Company* *P.O. Box 7690* *Chicago IL 60680* | | | 2006 | | | | $ 6,930.00 |
| Account No: **nown** Creditor # : 78 *MDM Packaging* *13231 A Slover Avenue* *Fontana CA 92337* | | | 2006 | | | | $ 3,825.00 |
| Account No: **nown** Creditor # : 79 *Meatco Provision Inc* *4901 S. Boyler Avenue* *Los Angeles CA 90058* | | | 2007 | | | | $ 8,048.00 |
| Account No: **nown** Creditor # : 80 *Megatrux* *4949 8th Street* *Rancho Cucamonga CA 91730* | | | 2006 | | | | $ 250.00 |
| Account No: **nown** Creditor # : 81 *Michelson Laboratories, Inc* *6280 Chalet Drive* *Los Angeles CA 90040* | | | 2006 | | | | $ 540.00 |
| Account No: **nown** Creditor # : 82 *Microsoft Financing, Inc* *23896 Network Place* *Chicago IL 60673* | | | 2006 | | | | $ 8,091.00 |

Sheet No. __13__ of __23__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 27,684.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Alejandro Baiseri, Jr._____,    Case No. _____
           **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *nown*<br>*Creditor # : 83*<br>*Monterey Meat*<br>*700 Monterey Pass Road*<br>*Monterey Park CA 91754* | | | *2006* | | | | $ 13,583.00 |
| Account No:  *nown*<br>*Creditor # : 84*<br>*Morgan Marketing*<br>*2391 Arden Way*<br>*Suite 218*<br>*Sacramento CA 95825* | | | *2007* | | | | $ 4,261.00 |
| Account No:  *8658*<br>*Creditor # : 85*<br>*Nazas Construction, Inc.*<br>*650 E. Parkridge Avenue*<br>*Carol Stream IL 60197* | | | *2008* | | | | $ 501,000.00 |
| Account No:  *0389*<br>*Creditor # : 86*<br>*Nemco Food Products*<br>*2350 E 57th Street*<br>*Huntington Park CA 90255* | | | *2008* | | | | $ 1,848.00 |
| Account No:  *0388*<br>*Creditor # : 87*<br>*Nemco Food Products*<br>*2350 E 57th Street*<br>*Huntington Park CA 90255* | | | *2008* | | | | $ 3,246.00 |
| Account No:  *nown*<br>*Creditor # : 88*<br>*Nemco Food Products*<br>*2350 E 57th Street*<br>*Huntington Park CA 90255* | | | *2006* | | | | $ 6,837.00 |

Sheet No. _14_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 530,775.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Alejandro Baiseri, Jr._ _____ ,    Case No. _____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    nown | | | 2006 | | | | $ 2,700.00 |
| Creditor # : 89 Northern Safety P.O. Box 4250 Utica NY 13504 | | | | | | | |
| Account No:    nown | | | 2007 | | | | $ 2,098.00 |
| Creditor # : 90 Nu WaveWater Conditioning 1244 W. 9th Street Upland CA 91786 | | | | | | | |
| Account No:    nown | | | 2006 | | | | $ 368.00 |
| Creditor # : 91 Office Max 7300 Chapman Avenue Garden Grove CA 92841 | | | | | | | |
| Account No:    nown | | | 2006 | | | | $ 115.00 |
| Creditor # : 92 Sunny Express Los Angeles CA 90021 | | | | | | | |
| Account No:    nown | | | 2006 | | | | $ 17,432.00 |
| Creditor # : 93 Packaging Corp of America 4240 Bandini Blvd Los Angeles CA 90023 | | | | | | | |
| Account No:    nown | | | 2006 | | | | $ 8,396.00 |
| Creditor # : 94 Patman Meat Group 704 Torrance Blvd Redondo Beach CA 90277 | | | | | | | |

Sheet No. _15_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 31,109.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Alejandro Baiseri, Jr._ _____,     Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *nown*<br>**Creditor # : 95**<br>Patriot Underwriters<br>P.O. Box 405917<br>Atlanta GA 30384 | | | 2006 | | | | $ 1,461.00 |
| Account No:  *nown*<br>**Creditor # : 96**<br>Petaluma Poultry<br>P.O. Box 7368<br>2700 Lakeville Highway<br>Petaluma CA 94955 | | | 2007 | | | | $ 4,151.00 |
| Account No:  *nown*<br>**Creditor # : 97**<br>Power Lift Parts & Service<br>1125 S. Maple Avenue<br>#C<br>Montebello CA 90640 | | | 2006 | | | | $ 8,828.00 |
| Account No:  *nown*<br>**Creditor # : 98**<br>Precision Refrigeration & Air<br>9726 Klingerman Street<br>South El Monte CA 91733 | | | 2006 | | | | $ 375.00 |
| Account No:  *nown*<br>**Creditor # : 99**<br>Preferred Freezer Services<br>4901 Bandini Blvd<br>Los Angeles CA 90040 | | | 2006 | | | | $ 2,573.00 |
| Account No:  *nown*<br>**Creditor # : 100**<br>Premier Meat Company<br>P.O. Box 58183<br>Los Angeles CA 90058 | | | 2006 | | | | $ 6,416.00 |

Sheet No. __16__ of __23__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 23,804.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Alejandro Baiseri, Jr._                                    Case No. _____
                 **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:      nown<br>Creditor # : 101<br>Progressive<br>P.O. Box 894749<br>Los Angeles CA 90189 | | | 2006 | | | | $ 5,784.00 |
| Account No:      nown<br>Creditor # : 102<br>Pro-Tech Products<br>16875 Lynn Street<br>#9<br>Huntington Beach CA 92649 | | | 2006 | | | | $ 2,428.00 |
| Account No:      nown<br>Creditor # : 103<br>Quentin Meats<br>9469 Telegraph Raod<br>Pico Rivera CA 90660 | | | 2006 | | | | $ 7,748.00 |
| Account No:      nown<br>Creditor # : 104<br>Quill Corporation<br>P.O. Box 37600<br>Philadelphia PA 19101 | | | 2006 | | | | $ 909.00 |
| Account No:      nown<br>Creditor # : 105<br>R & R Brokerage, Inc<br>P.O. Box 216<br>Audubon MN 56511 | | | 2007 | | | | $ 7,575.00 |
| Account No:      nown<br>Creditor # : 106<br>Ram Safety & Janitorial<br>11232 Sunhaven Way<br>Riverside CA 92505 | | | 2006 | | | | $ 186.00 |

Sheet No. __17__ of __23__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 24,630.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Alejandro Baiseri, Jr._ _____    Case No. _____
            **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _nown_ <br> Creditor # : 107 <br> Refrigiwear <br> 54 Breakstone Drive <br> Dahlonega GA 30533 | | | 2006 | | | | $ 667.00 |
| Account No: _NOWN_ <br> Creditor # : 108 <br> Reliance, Inc <br> 511 5th Street <br> #C <br> San Fernando CA 91340 | | | 2006 | | | | $ 1,642.00 |
| Account No: _NOWN_ <br> Creditor # : 109 <br> Reynaldo's <br> 3301 E. Vernon Avenue <br> Los Angeles CA 90023 | | | 2006 | | | | $ 4,881.00 |
| Account No: _nown_ <br> Creditor # : 110 <br> Robert Reiser & Co <br> 725 Dedham Street <br> Canton MA 02021 | | | 2006 | | | | $ 14,549.00 |
| Account No: _nown_ <br> Creditor # : 111 <br> Rochester Midland Corp <br> P.O. Box 31515 <br> Rochester NY 14603 | | | 2006 | | | | $ 35,690.00 |
| Account No: _nown_ <br> Creditor # : 112 <br> Roma's R Us <br> 2870 Lugo Street <br> P.O. Box 21489 <br> Los Angeles CA 90023 | | | 2006 | | | | $ 3,927.00 |

Sheet No. _18_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 61,356.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Alejandro Baiseri, Jr._ _____,  Case No. _____
**Debtor(s)**  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *nown*<br>Creditor # : 113<br>Ruiz Mexican Foods<br>2151 E. Francis Street<br>Ontario CA 91761 | | | 2006 | | | | $ 10,319.00 |
| Account No: *nown*<br>Creditor # : 114<br>Ryanco Protective Coating<br>5348 Andrew Drive<br>La Palma CA 90623 | | | 2006 | | | | $ 2,485.00 |
| Account No: *nown*<br>Creditor # : 115<br>Safeguard Business Systems Inc<br>P.O. Box 88043<br>Chicago IL 60680 | | | 2006 | | | | $ 770.00 |
| Account No: 8760<br>Creditor # : 116<br>Samuel H. Park, Esq.<br>P.O. Box 927586<br>San Diego CA 92192 | | | 2008 | | | | $ 150,000.00 |
| Account No: *nown*<br>Creditor # : 117<br>Southern California Edison<br>P.O. Box 600<br>Rosemead CA 91771 | | | 2006 | | | | $ 39,621.00 |
| Account No: *nown*<br>Creditor # : 118<br>Southland Alarm Systems<br>P.O. Box 547<br>Rosemead CA 91770 | | | 2006 | | | | $ 165.00 |

Sheet No. _19_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 203,360.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Alejandro Baiseri, Jr._ ,                                     Case No. _____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _nown_ <br> Creditor # : 119 <br> Spice and Chilies <br> 1320 Mateo Street <br> Los Angeles CA 90021 | | | 2006 | | | | $ 14,235.00 |
| Account No: _nown_ <br> Creditor # : 120 <br> Sunshine Packaging Inc <br> 1136 S. Vail Avenue <br> Montebello CA 90640 | | | 2006 | | | | $ 3,660.00 |
| Account No: _nown_ <br> Creditor # : 121 <br> Supervalu Foods <br> P.O. Box 958844 <br> Saint Louis MO 63195 | | | 2006 | | | | $ 38,281.00 |
| Account No: _nown_ <br> Creditor # : 122 <br> Sysco Foods <br> 20701 East Currier Road <br> Walnut CA 91789 | | | 2006 | | | | $ 2,561.00 |
| Account No: _nown_ <br> Creditor # : 123 <br> Tel Tru MFG Co <br> P.O. Box 30144 <br> Rochester NY 14603 | | | 2006 | | | | $ 234.00 |
| Account No: _ease_ <br> Creditor # : 124 <br> The Horowitz Group <br> 11911 San Vicente Blvd. <br> #310 | | | 2008 | | | | $ 140,000.00 |

Sheet No. _20_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 198,971.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Alejandro Baiseri, Jr._ _____,        Case No. _____
                **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    8760<br>Creditor # : 125<br>Thu A. Do, Esq<br>160 N. Riverview Drive<br>#200<br>Santa Ana CA 92706 | | | 2009 | | | | $ 150,000.00 |
| Account No:    nown<br>Creditor # : 126<br>Toshiba Financial Services<br>12335 McCann Street<br>Valley Stream NY 11581 | | | 2006 | | | | $ 1,065.00 |
| Account No:    tley<br>Creditor # : 127<br>Toshiba Financial Services<br>12335 McCann Street<br>Valley Stream NY 11581 | | | 2008 | | | | $ 20,000.00 |
| Account No:    9032<br>Creditor # : 128<br>Toyota Motor Credit Corporatio<br>P.O. Box 60114<br>City of Industry CA 91716 | | | 2009 | | | | $ 3,300.00 |
| Account No:    nown<br>Creditor # : 129<br>U.S. Dept of Agriculture<br>USDA Billing Collection<br>Saint Louis MO 63197 | | | 2005 | | | | $ 14,678.00 |
| Account No:    nown<br>Creditor # : 130<br>Uline Shipping Supplies<br>2200 S Lakeside Drive<br>Waukegan IL 60085 | | | 2006 | | | | $ 108.00 |

Sheet No. _21_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 189,151.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Alejandro Baiseri, Jr._
                    **Debtor(s)**                                    Case No. _____
                                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _nown_<br>Creditor # : 131<br>United Fire Services<br>8110 Remmet Street<br>Unit 9<br>Canoga Park CA 91304 | | 2006 | | | | $ 594.00 |
| Account No: _nown_<br>Creditor # : 132<br>United Industrial Supplies<br>P.O. Box 463<br>Southampton PA 18966 | | 2006 | | | | $ 819.00 |
| Account No: _nown_<br>Creditor # : 133<br>Unity Couriers Service<br>3231 Fletcher Drive<br>Los Angeles CA 90065 | | 2006 | | | | $ 284.00 |
| Account No: _nown_<br>Creditor # : 134<br>Well Luck Co, Inc<br>6000 Peachtree<br>Los Angeles CA 90040 | | 2006 | | | | $ 300.00 |
| Account No: 0403<br>Creditor # : 135<br>Wells Fargo Bank<br>P.O. Box 5943<br>Sioux Falls SD 57117 | | 2008 | | | | $ 1,400.00 |
| Account No: 5039<br>Creditor # : 136<br>Wells Fargo Bank<br>P.O. Box 5943<br>Sioux Falls SD 57117 | | 2008 | | | | $ 22,840.00 |

Sheet No. _22_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                     $ 26,237.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Alejandro Baiseri, Jr._               Case No. _____
      **Debtor(s)**                                                      _(if known)_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **nown** Creditor # : 137 Western Belting Innovations 21 Stagecoach Drive Pomona CA 91766 | | | 2005 | | | | $ 82.00 |
| Account No: **nown** Creditor # : 138 Western Industrial Equiptment 1419 Portrero Avenue South El Monte CA 91733 | | | 2005 | | | | $ 3,530.00 |
| Account No: **nown** Creditor # : 139 Western Shield Label Company 2146 E. Gladwick Street Compton CA 90220 | | | 2006 | | | | $ 5,096.00 |
| Account No: **nown** Creditor # : 140 Xcite Foods, Inc P.O. Box 91147 Long Beach CA 90809 | | | 2005 | | | | $ 8,920.00 |
| Account No: **nown** Creditor # : 141 Yamasa Corp 3655 Torrance Blvd. #240 Torrance CA 90503 | | | 2005 | | | | $ 556.00 |
| Account No: 2089 Creditor # : 142 Zions Credit Corp 37 West 100 South Salt Lake City UT 84101 | | | 2009 | | | | $ 18,000.00 |

Sheet No. _23_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 36,184.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)     $ 2,300,388.00

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

| In re | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _UNKNOWN_ <br> TCF Equipment finance <br> 11100 Wayzata Blvd. #801 <br> Minnetonka, MN | | | 2005 | | | | 43,326 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

Sheet no. ____ of ____ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 43,326

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤ $

'B6G (Official Form 6G) (12/07)

In re _Alejandro Baiseri, Jr._ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

Page __1__ of __1__

B6H (Official Form 6H) (12/07)

In re **_Alejandro Baiseri, Jr._** _____ / Debtor      Case No. _____

(if known)

# SCHEDULE H–CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

'B6I (Official Form 6I) (12/07)

In re **Alejandro Baiseri, Jr.**
_____ ,     Case No. _____
                **Debtor(s)**                                                      (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retired** | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ 0.00 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other  (Specify): | | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): **Social Security** | | $ 983.47 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 983.47 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | | $ 983.47 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ 983.47 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

*B6J(Official Form 6J)(12/07)

In re _Alejandro Baiseri, Jr._____,        Case No. _____
            **Debtor(s)**                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 300.00 |
| a. Are real estate taxes included?   Yes ☐   No ☒ | |
| b. Is property insurance included?   Yes ☐   No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 20.00 |
| b. Water and sewer | $ 20.00 |
| c. Telephone | $ 0.00 |
| d. Other   _Cellular Phone_ | $ 40.00 |
| Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $ 0.00 |
| 5. Clothing | $ 250.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 200.00 |
| 10. Charitable contributions | $ 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | $ 0.00 |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 85.00 |
| e. Other | $ 0.00 |
| Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | $ 0.00 |
| a. Auto | $ 0.00 |
| b. Other: | $ 0.00 |
| c. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: | $ 0.00 |
| Other: | $ 0.00 |
| | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 1,035.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 16 of Schedule I | $ 983.47 |
| b. Average monthly expenses from Line 18 above | $ 1,035.00 |
| c. Monthly net income (a. minus b.) | $ (51.53) |

- B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Alejandro Baiseri, Jr._ _____          Case No. _____
                        Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____36____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _8/11/2011_ _____          Signature _____
                                                        Alejandro Baiseri, Jr.

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

· Form 7 (04/10)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:*Alejandro Baiseri, Jr.*                                      Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

*Year to date:2011*                          *0.00*
    *Last Year:2010*                          *Employment: 59,000*
*Year before:2009*                          *Employment: 58,000*

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

*Year to date:2011*                          *Social Security: $6,884.29*
    *Last Year:*

. Form 7, (04/10)

AMOUNT                                              SOURCE                    .

*Year before:*

---

### 3. Payments to creditors

None ☒    Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☒    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☒    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

· Form 7 (04/10)

None ⊠   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ⊠   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ⊠   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ⊠   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

## 10. Other transfers

None ⊠   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ⊠   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ⊠   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ⊠   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 3

· Form 7 (04/10)

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☒ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☒ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒ For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

· Form 7 (04/10)

**18. Nature, location and name of business**

None
☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

       If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses   in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

       If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  08/11/2011          Signature                                   
                               of Debtor

Date                       Signature 
                               of Joint Debtor
                               (if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re *Alejandro Baiseri, Jr.*

Case No.
Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. | |
|---|---|
| **Creditor's Name :** <br> *None* | **Describe Property Securing Debt :** |

Property will be (check one) :

☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☐ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:** <br> *None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> ☐ Yes     ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  *08/11/2011*                    Debtor: _____

Date: _____      Joint Debtor: _____

Statement Regarding Assistance of Non-Attorney - Local Bankruptcy Rule 1002-1 (Rev. 12/03)          2003 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re
   Alejandro Baiseri, Jr.

Case No.:

Chapter: 7

## STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE

**THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:**

☐   I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

1.   I paid the sum of $_____

2.   I still owe the sum of $_____

3.   I agreed to turn over or give a security interest in the following property:

4.   The name of the person or the name of the firm that assisted me was:

   Name:

   Address:

   Telephone:

☑   I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _____Chino_____, California.

Executed on: _____8/11/11_____
                          Date

_____
Alejandro Baiseri, Jr.

_____

February 2006                                                              2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re  Alejandro Baiseri, Jr. | CHAPTER:  7 |
|---|---|
| Debtor(s). | CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, _Alejandro Baiseri, Jr._____, the debtor in this case, declare under penalty
         *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☑   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
         *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for
the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  08/11/2011                                   Signature _____
                                  Alejandro Baiseri, Jr.

Date  08/11/2011                                   Signature _____

B22A (Official Form 22A) (Chapter 7) (12/10)

In re  Alejandro Baiseri, Jr.
_____
          Debtor(s)

Case Number: _____
          (If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this |
| --- |
| ☐ The presumption arises. |
| ☒ The presumption does not arise. |
| ☐ The presumption is temporarily inapplicable. |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

## Part I. MILITARY AND NON-CONSUMER DEBTORS

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| --- | --- |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.** <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>      a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>          ☐ I remain on active duty /or/ <br>          ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>          OR <br><br>      b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>          ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/10)    - Cont                                                                      2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☒ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.    **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's<br>Income | **Column B**<br>Spouse's<br>Income |
|---|---|---|---|
| 3 | Gross wages, salary, tips, bonuses, overtime, commissions. | $0.00 | $ |
| 4 | **Income from the operation of a business, profession, or farm** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** <table><tr><td>a.</td><td>Gross receipts</td><td>$0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$0.00</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $0.00 | $ |
| 5 | **Rent and other real property income.**    Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero.    **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** <table><tr><td>a.</td><td>Gross receipts</td><td>$0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $0.00 | $ |
| 6 | Interest, dividends, and royalties. | $0.00 | $ |
| 7 | Pension and retirement income. | $0.00 | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $0.00 | $ |
| 9 | **Unemployment compensation.**    Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $0.00</td><td>Spouse $</td></tr></table> | $0.00 | $ |
| 10 | **Income from all other sources.**    Specify source and amount. If necessary, list additional sources on a separate page.    **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <table><tr><td>a.</td><td>Social Security</td><td>$983.00</td></tr></table> Total and enter on Line 10 | $983.00 | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).**    Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $983.00 | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).**    If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $983.00 | |

B22A (Official Form 22A) (Chapter 7) (12/10)    - Cont                                                3

| | **Part III. APPLICATION OF § 707(b)(7) EXCLUSION** | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $11,796.00 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence: CALIFORNIA    b. Enter debtor's household size: 1 | $48,009.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ☒ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. <br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |  |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15).**

| | **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <br><br> a. _____ $ _____ <br> b. _____ $ _____ <br> c. _____ $ _____ <br><br> Total and enter on Line 17 | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | |
|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing, and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. <br><br> **Household members under 65 years of age** / **Household members 65 years of age or older** <br> a1. Allowance per member _____ / a2. Allowance per member _____ <br> b1. Number of members _____ / b2. Number of members _____ <br> c1. Subtotal _____ / c2. Subtotal _____ | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)     - Cont                                                                 4

| | | | |
|---|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**   Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at  www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | | $ |

| | |
|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expenses.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at  www.usdoj.gov/ust/  or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |

|   | | | |
|---|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| | |
|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.**   If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below.<br><br>[                                                                    ]<br><br>$ |

| | |
|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☒ 0 ☐ 1 ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at    www.usdoj.gov/ust/  or from the clerk of the bankruptcy court.)   $ |

| | |
|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.**   If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at    www.usdoj.gov/ust/ or from the clerk of the bankruptcy   $ |

| | |
|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**   Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1 ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at  www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.   **Do not enter an amount less than zero.** |

|   | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ | |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)   - Cont                                                                     5

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.   **Do not enter an amount less than zero.** | |
|---|---|---|
| | | |

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.**  Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social-security taxes, and Medicare taxes.   **Do not include real estate or sales taxes.** | |
|---|---|---|
| 26 | **Other Necessary Expenses: mandatory payroll deductions for employment.**   Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.**   Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.**   Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**   Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.**   Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.   **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.**   Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B.  **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.**   Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service -- such as pagers, call waiting, caller id, special long distance, or internet service -- to the extent necessary for your health and welfare or that of your dependents.   **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.**  Enter the total of Lines 19 through 32. | $ |

## Subpart B: Additional Living Expense Deductions
## Note: Do not include any expenses that you have listed in Lines 19-32

| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.**   List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|

| | a. | Health Insurance | $ |
|---|---|---|---|
| | b. | Disability Insurance | $ |
| | c. | Health Savings Account | $ |

Total and enter on Line 34                                                                                                  $

**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:

$

B22A (Official Form 22A) (Chapter 7) (12/10)    - Cont                                                                6

| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.50* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |  |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no | |
| b. | | | $ | ☐ yes ☐ no | |
| c. | | | $ | ☐ yes ☐ no | |
| d. | | | $ | ☐ yes ☐ no | |
| e. | | | $ | ☐ yes ☐ no | |
| | | | Total: Add Lines a – e | | $ |

| 43 | **Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |  |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | | | $ | |
| b. | | | $ | |
| c. | | | $ | |
| d. | | | $ | |
| e. | | | $ | |
| | | Total: Add Lines a – e | | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)   - Cont                                                                  7

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy **Do not include current obligations, such as those set out in Line 28.** | | $ |
|---|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $ |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b   $ |

| 46 | **Total Deductions for Debt Payment.**     Enter the total of Lines 42 through 45. | $ |
|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | Total of all deductions allowed under § 707(b)(2).     Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ |
|---|---|---|
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).**     Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).**     Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.**   Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $7,025**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $11,725\***     Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.**     Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|

| 53 | Enter the amount of your total non-priority unsecured debt | $ |
|---|---|---|
| 54 | **Threshold debt payment amount.**     Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.**   Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**     Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

## PART VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.**   List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |
|---|---|---|
| | Expense Description | Monthly Amount |
| | a. | $ |
| | b. | $ |
| | c. | $ |
| | Total: Add Lines a, b, and c | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)      - Cont                                                                        8

| | **Part VIII: VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.   *(If this a joint case, both debtors must sign.)*<br><br>Date: 08/11/2011 _____ Signature: _____ <br> (Debtor)<br><br>Date: 08/11/2011 _____ Signature: _____ <br> (Joint Debtor, if any ) |

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _Alejandro Baiseri, Jr._

Address _4577 Hastings Court Chino, CA 91710_

Telephone _____

[ ]  Attorney for Debtor(s)
[X]  Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br>_In re  Alejandro Baiseri, Jr._ | Case No. |
| | Chapter  7 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _14_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _08/11/2011_

Debtor: _Alejandro Baiseri, Jr._

Attorney: _In Pro Per_

Joint Debtor:

Alejandro Baiseri   Jr
4577 Hastings Court
Chino   CA   91710


3M Corporation
2807 Paysphere Circle
Chicago   IL   60674


ADM Corportation
P O  Box 1470
Decatur   IL   62525


Allied Sales & Distribution
2021 E   52nd Street
Los Angeles   CA   90058


American Label Couriers   Inc
8504 Summershade Drive
Odenton   MD   21113


American Paper n Plastics   Inc
10511 East Valley Blvd
El Monte   CA   91731


Amoy International   LLC
14145 Proctor Avenue
La Puente   CA   91746


Anytime Srvcs & Professionals
5753 G Santa Ana Canyon Road
#248
Laguna Niguel   CA   92607


Aramark Uniform Services
P O  Box 1799
Paramount   CA   90723


Associated Packaging
12453 E  Florence Avenue
Santa Fe Springs   CA   90670

BDS Natural Products
2779 El Presidio Street
Long Beach  CA  90810


Bearings and Drives  Inc
9506 Rush Street
South El Monte  CA  91733


Beno Investment Group
2511 S Peppertree Street
Visalia  CA  93277


C & F Foods  Inc
15620 E  Valley Blvd
La Puente  CA  91744


C H  Robinson Worldwide  Inc
P O  Box 9121
Minneapolis  MN  55440


Capitol Distribution  Inc
13930 Mica Street
Santa Fe Springs  CA  90670


Capitol One Bank
P O  Box 60599
City of Industry  CA  91716


Carson Marketing  Inc
1740 E  Garry Avenue
#231
Santa Ana  CA  92705


CDM Foods
1746 Marguerite Avenue
Corona del Mar  CA  92625


Central Valley Beans
P O  Box 162
401 Broadway
Buxton  ND  58218

Certified Fire Extinguisher
8710 Norwalk Blvd
Whittier  CA  90606


Certified Laboratories
23261 Network Place
Chicago  IL  60673


Chemical Consultants
13089 Peyton Drive
Suite C
Chino Hills  CA  91709


CIT TECHNOLOGY  INC
23896 Network Place
Chicago  IL  60673


City of Monterey Park
320 West Newmark Avenue
Monterey Park  CA  91754


County of Los Angeles
5050 Commerce Drive
Baldwin Park  CA  91706


Dawn Food Products  Inc
3505 E  Francis Street
Ontario  CA  91761


Dell Financial Services
P O  Box 81577
Austin  TX  78708


Dept of Industrial Relations
Cashier Accounting Office (PV)
San Francisco  CA  94141


DJMB
3475 E  Barhite Services
Pasadena  CA  91107

E Labels
1125 S Maple Avenue
Unit D
Montebello  CA  90640


East West Printing Group
15429 E  Proctor Avenue
Hacienda Heights  CA  91745


Ecolab
P O  Box 6007
Grand Forks  ND  58206


El Dorado Mexican Food
2928 North Main Street
Los Angeles  CA  90031


Ernest Packaging
5777 Smithway Street
Los Angeles  CA  90040


Field Fresh Foods
14085 S San Pedro Street
Gardena  CA  90248


First Choice
7373 E  Flores Street
Downey  CA  90242


FMT Consultants
5451 Avenida Encinas
Suite A
Carlsbad  CA  92008


Ford Credit
P O  Box 7171
Pasadena  CA  91109


Frank Calma
4818 Surrey Drive
Corona del Mar  CA  92625

Gempler's
P O  Box 44993
Madison  WI  53744


George Chiala Farms  Inc
657 Tarragon Drive
San Rafael  CA  94903


GHL Packaging
9357 Richmond Place
#103
Rancho Cucamonga  CA  91730


Global Reliance  Inc
3705 Quaker Bridge Road
#215
Trenton  NJ  08619


Graybar
10201 Centurion Parkway North
Jacksonville  FL  32256


Greenberg Cheese Company
245 Berkshire Avenue
La Canada Flintr  CA  91011


Hain Celestial Group
P O  Box 32028
Hartford  CT  06150


Heitz Trucking  Inc
P O  Box 6607
Oakland  CA  94603


Honeyville Grain
11600 Dayton Drive
Rancho Cucamonga  CA  91730


Huts CO
30530 Cannes Place
Castaic  CA  91384

Hydrologix Grease Reduction
68-1845 Waikoloa Road
Suite 106
Waikoloa  HI  96738


ID Technology
P O  Box 73419
Cleveland  OH  44193


Industrial Shoe Co
1421 E  First Street
Santa Ana  CA  92701


Inner Cool
P O  Box 39088
Downey  CA  90239


Interstate Poultry  Inc
3050A East 11th
Los Angeles  CA  90023


Interstate Pumping
15474 Ficus Street
Chino Hills  CA  91709


JC Penney
P O  Box 960090
Orlando  FL  32896


Joel Sales & Marketing
3535 E  Coast Hwy
#321
Corona del Mar  CA  92625


Jomax Recovery Services
20325 N  51st Avenue
Suite 134
Glendale  AZ  85308

Julia's Produce
8056 Salt Lake Avenue
Bell  CA  90201


K & L Gates  LLP
1601 K  Street  NW
Washington  DC  20006


La Carton
5100 South Santa Fe Avenue
Los Angeles  CA  90058


La Colonial Tortillas
543 Monterey Pass Road
Monterey Park  CA  91754


LA Freight & Logistics
28562 Oso Parkway
Suite D-424
Rancho Santa Mar  CA  92688


La Reina  Inc
316 North Ford Blvd
Los Angeles  CA  90022


Lab Safety Supply
P O  Box 1368
Janesville  WI  53547


Lawrence Wholesale
4353 Exchange Avenue
Los Angeles  CA  90058


Litho Werks
655 N  Central Avenue
Glendale  CA  91203


Lock Inspection Systems  Inc
P O  Box 3464
Boston  MA  02241

Loma Systems
283 E  Lies Road
Carol Stream  IL  60188


Los Angeles Tax Collector
P O  Box 54027
Los Angeles  CA  90054


LTL Express  Inc
19069 Van Buren Blvd
Riverside  CA  92508


Manhattan Leasing Enterprises
20 E  Sunrise Highway
Orlando  FL  32896


Martin R  Robles  Esq
204 South Hidalgo Avenue
Alhambra  CA  91801


Master Recycling  Inc
1980 Reservoir Street
Pomona  CA  91766


Matinez Transportation
2640 E  124th Street
Compton  CA  90222


McKenna Boiler Works
1510 N  Spring Street
Los Angeles  CA  90012


MCMaster-Carr Supply Company
P O  Box 7690
Chicago  IL  60680


MDM Packaging
13231 A Slover Avenue
Fontana  CA  92337

Meatco Provision Inc
4901 S  Boyler Avenue
Los Angeles  CA  90058


Megatrux
4949 8th Street
Rancho Cucamonga  CA  91730


Michelson Laboratories  Inc
6280 Chalet Drive
Los Angeles  CA  90040


Microsoft Financing  Inc
23896 Network Place
Chicago  IL  60673


Monterey Meat
700 Monterey Pass Road
Monterey Park  CA  91754


Morgan Marketing
2391 Arden Way
Suite 218
Sacramento  CA  95825


Nazas Construction  Inc
650 E  Parkridge Avenue
Carol Stream  IL  60197


Nemco Food Products
2350 E 57th Street
Huntington Park  CA  90255


Northern Safety
P O  Box 4250
Utica  NY  13504


Nu WaveWater Conditioning
1244 W  9th Street
Upland  CA  91786

Office Max
7300 Chapman Avenue
Garden Grove  CA  92841


Sunny Express
Los Angeles  CA  90021


Packaging Corp of America
4240 Bandini Blvd
Los Angeles  CA  90023


Patman Meat Group
704 Torrance Blvd
Redondo Beach  CA  90277


Patriot Underwriters
P O  Box 405917
Atlanta  GA  30384


Petaluma Poultry
P O  Box 7368
2700 Lakeville Highway
Petaluma  CA  94955


Power Lift Parts & Service
1125 S  Maple Avenue
#C
Montebello  CA  90640


Precision Refrigeration & Air
9726 Klingerman Street
South El Monte  CA  91733


Preferred Freezer Services
4901 Bandini Blvd
Los Angeles  CA  90040


Premier Meat Company
P O  Box 58183
Los Angeles  CA  90058

Progressive
P O Box 894749
Los Angeles  CA  90189


Pro-Tech Products
16875 Lynn Street
#9
Huntington Beach  CA  92649


Quentin Meats
9469 Telegraph Raod
Pico Rivera  CA  90660


Quill Corporation
P O Box 37600
Philadelphia  PA  19101


R & R Brokerage  Inc
P O Box 216
Audubon  MN  56511


Ram Safety & Janitorial
11232 Sunhaven Way
Riverside  CA  92505


Refrigiwear
54 Breakstone Drive
Dahlonega  GA  30533


Reliance  Inc
511 5th Street
#C
San Fernando  CA  91340


Reynaldo's
3301 E  Vernon Avenue
Los Angeles  CA  90023


Robert Reiser & Co
725 Dedham Street
Canton  MA  02021

Rochester Midland Corp
P O  Box 31515
Rochester  NY  14603


Roma's R Us
2870 Lugo Street
P O  Box 21489
Los Angeles  CA  90023


Ruiz Mexican Foods
2151 E  Francis Street
Ontario  CA  91761


Ryanco Protective Coating
5348 Andrew Drive
La Palma  CA  90623


Safeguard Business Systems Inc
P O  Box 88043
Chicago  IL  60680


Samuel H  Park  Esq
P O  Box 927586
San Diego  CA  92192


Southern California Edison
P O  Box 600
Rosemead  CA  91771


Southland Alarm Systems
P O  Box 547
Rosemead  CA  91770


Spice and Chilies
1320 Mateo Street
Los Angeles  CA  90021


Sunshine Packaging Inc
1136 S  Vail Avenue
Montebello  CA  90640

Supervalu Foods
P O  Box 958844
Saint Louis  MO  63195


Sysco Foods
20701 East Currier Road
Walnut  CA  91789


Tel Tru MFG Co
P O  Box 30144
Rochester  NY  14603


The Horowitz Group
11911 San Vicente Blvd
#310


Thu A  Do  Esq
160 N  Riverview Drive
#200
Santa Ana  CA  92706


Toshiba Financial Services
12335 McCann Street
Valley Stream  NY  11581


Toyota Motor Credit Corporatio
P O  Box 60114
City of Industry  CA  91716


U S  Dept of Agriculture
USDA Billing Collection
Saint Louis  MO  63197


Uline Shipping Supplies
2200 S Lakeside Drive
Waukegan  IL  60085


United Fire Services
8110 Remmet Street
Unit 9
Canoga Park  CA  91304

United Industrial Supplies
P O  Box 463
Southampton  PA  18966


Unity Couriers Service
3231 Fletcher Drive
Los Angeles  CA  90065


Well Luck Co  Inc
6000 Peachtree
Los Angeles  CA  90040


Wells Fargo Bank
P O  Box 5943
Sioux Falls  SD  57117


Western Belting Innovations
21 Stagecoach Drive
Pomona  CA  91766


Western Industrial Equiptment
1419 Portrero Avenue
South El Monte  CA  91733


Western Shield Label Company
2146 E  Gladwick Street
Compton  CA  90220


Xcite Foods  Inc
P O  Box 91147
Long Beach  CA  90809


Yamasa Corp
3655 Torrance Blvd
#240
Torrance  CA  90503


Zions Credit Corp
37 West 100 South
Salt Lake City  UT  84101